In the Matter of the Application of JOHN H. GROTECLOSS, on Behalf of Himself, and all Members of the Teachers' Retirement Association Similarly Situated, Appellant, for a Peremptory Order of Mandamus, against TEACHERS' RETIREMENT BOARD, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ALTER LEVIN, Appellant, v. CORN EXCHANGE BANK TRUST COMPANY, Respondent, Impleaded with Another.—Order affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAMUEL KAHAN and Others, as Executors, etc., of HYMAN B. RUBIN, Deceased, and MAX FISHEL, Plaintiffs, v. IRA A. SCHILLER, Defendant, Impleaded with MANUFACTURERS TRUST COMPANY, Appellant, and JOSEPH A. BRODERICK, as Superintendent of Banks in Charge of the AMERICAN UNION BANK in Liquidation, Defendants, Impleaded Pursuant to Section 193, Subdivision 2, of the Civil Practice Act, and JOSEPH DURST and Others, Respondents, and MAX W. AMBERG and Others, Impleaded, Defendants. (Six Appeals Consolidated.)— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE ANGLO-SOUTH AMERICAN TRUST COMPANY, Respondent, v. JOSE RAFAEL VERGARA, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLES M. SIEGEL, Appellant, v. PICTURE GUILD, INC., Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ALICE CHISHOLM, Appellant, v. GEORGE CHISHOLM, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and Glennon, J., dissent and vote to reverse and grant the motion as to items 2, 3 and 6.

HOPE HERRMANN v. KATHRYNE JORGENSON and CHRYSTINE H. BENDER, Impleaded with BARBARA JORGENSON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE BOWERY SAVINGS BANK v. JERROLD HOLDING CORPORATION and Others. MADGE REGAN, as Executrix, etc., of JAMES B. REGAN, Deceased. NATHAN S. JONAS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THOMAS W. LAMONT and Others, as Executors, etc., of EDGAR MILLS, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS H. BARBER and JUSTINE V. R. HOOPER, Individually and as Successor Trustees, etc., of THOMAS H. BARBER, Deceased, v. SOPHIA ZIMMERMANN and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.